IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 01-3443-CV-S-DW |
| | ) | |
| WARREN PERKINS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Defendant's Motion for Conditional Release (Doc. 13) and Magistrate Judge England's Report and Recommendation that defendant be conditionally released (Doc. 15). After an independent review of the record and the applicable law, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that defendant be conditionally release pursuant to the following conditions:

1. The defendant shall be supervised by the United States probation office, District of Arkansas, and shall report in person to the United States probation office as directed by the probation officer, and within 72 hours of release from the United States Medical Center for Federal Prisoners.

2. The defendant shall refrain from use of alcohol and shall not patronize any establishment where alcohol is used, sold or given away.

3. The defendant shall not purchase, possess, use, distribute, or administer any illegal drugs, or any paraphernalia related to such substances, except as prescribed by a physician. Nor shall the defendant patronize any establishment or place where illegal drugs are used, dispensed or given away.

4. The defendant shall submit to random urinalysis and/or breathalyzer

testing as warranted by the treating mental health professionals or the United States probation office, and participate in a program for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol, if it is deemed appropriate.

5. The defendant shall reside at Forrest Hills Residential Care Facility and shall follow all rules established by the facility.

6. The defendant shall remain medication compliant and shall take all psychiatric medications that are prescribed by his treating psychiatrist and administered by the residential facility. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

7. The defendant shall participate in a program of mental health treatment from an outpatient/inpatient facility as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

8. The defendant shall not violate any federal or state laws, municipal or county ordinances. Defendant shall report any arrests to his United States probation officer within 24 hours.


    /s/ DEAN WHIPPLE
DEAN WHIPPLE, Chief
**United States District Judge**

Date: June 28, 2005

2

Case 6:01-cv-03443-DW   Document 17   Filed 06/28/05   Page 2 of 2